JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIVIAN SCHWARTZ, et al., | ) | Case No. SA CV 19-0559 FMO (ADSx) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| KEMPER INDEPENDENCE INSURANCE COMPANY, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Re: Motion for Reconsideration, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 30th day of August, 2021.

/s/
Fernando M. Olguin
United States District Judge